1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO GASTELUM,

                                    Plaintiff,

    v.

NORDSTROM, INC.,

                                    Defendant.

Case No.: 24-cv-1018-RSH-DDL

**ORDER OF DISMISSAL**

On February 25, 2025, Plaintiff Fernando Gastelum filed a Notice of Voluntary Dismissal of the instant case with prejudice under Federal Rule of Civil Procedure 41. ECF No. 26. Because Defendant has filed an answer, Plaintiff's filing of a notice of dismissal does not operate to terminate the action. *See* Fed. R. Civ. P. 41(1)(A)(i) ("[P]laintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.").

Instead, the Court construes the Plaintiff's notice as a motion to voluntarily dismiss an action "upon order of the court and upon such terms and conditions as the court deems

1

proper" pursuant to Federal Rule of Civil Procedure 41(a)(2). "A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion[.]" *Segal v. Segel*, No. 20-CV-1382-BAS-JLB, 2022 WL 848324, at *2 (S.D. Cal. Mar. 22, 2022) (quoting *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (1996)).

The docket reflects that the Parties have reached a settlement, and that Plaintiff is seeking dismissal of the action with prejudice pursuant to that settlement. For good cause and finding no prejudice to Defendant, the Court **GRANTS** the request and **DISMISSES** this action with prejudice. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: March 3, 2025

Hon. Robert S. Huie
United States District Judge

2

24-cv-1018-RSH-DDL